UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVONE THOMAS, a/k/a "Von,"<br><br>Defendant. | **ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>S2 24 Cr. 157 (DLC) |

Denise L. Cote, United States District Judge

On August 12, 2024, pursuant to Federal Rule of Criminal Procedure 11, United States Magistrate Judge Sarah L. Cave, after presiding over a plea allocution with defendant Devone Thomas's consent, reported and recommended that the defendant's plea of guilty be accepted. The Court has reviewed the transcript of the plea allocution and has determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis for it. Accordingly, it is hereby

ORDERED that the defendant's plea of guilty is acceptable to the Court. The Clerk of Court is directed to enter the defendant's plea of guilty.

Dated: August/6, 2024
New York, New York

_____
Hon. Denise L. Cote
United States District Judge
Southern District of New York