```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 UNITED STATES OF AMERICA,                :
                                          :
                -v-                       :      S2 24cr157-1(DLC)
                                          :
 DEVONE THOMAS,                           :           ORDER
                                          :
                          Defendant.      :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendant's October 11, 2024 letter motion requesting a substitution of counsel, it is hereby

ORDERED that a conference to address the substitution of counsel is scheduled for **October 15, 2024 at 12:00 PM** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         October 15, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge