```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                -v-                     :        S2 24cr157-1(DLC)
                                        :
DEVONE THOMAS,                          :             ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the October 15, 2024 conference, it is hereby

ORDERED that Federal Defender Hannah McCrea is relieved as counsel in this matter and C.J.A. counsel Lisa Scolari is appointed to represent the defendant.

IT IS FURTHER ORDERED that the sentencing in this matter is adjourned to January 9, 2025 at 11:30 AM in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that defendant shall have until November 22, 204 to file any objections to the draft Presentence Report. Any defense submissions regarding sentencing are due December 13. Government submissions are due December 20.

Dated:   New York, New York
         October 15, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge