```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                -v-                     :     S2 24cr157-1(DLC)
                                        :
DEVONE THOMAS,                          :          ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendant's letter of December 12, 2024, it is hereby

ORDERED that the sentencing in this matter is adjourned to February 6, 2025 at 11:30 AM in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that any defense submissions regarding sentencing are due January 24. Government submissions are due January 31.

Dated:   New York, New York
         December 12, 2024

                                      _____
                                              DENISE COTE
                                      United States District Judge