```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                -v-                     :     S2 24cr157-1(DLC)
                                        :
DEVONE THOMAS,                          :          ORDER
                                        :
                       Defendant.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the sentencing in this matter scheduled for February 6, 2025 is moved to 10:00 AM on the same date in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
           January 24, 2025

                                                  _____
                                                        DENISE COTE
                                          United States District Judge